# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 14, 2007
THOMAS K. KAHN
CLERK

No. 05-14631

(D.C. Docket No. 03-00083-CR)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE MILTON GAREY, JR.,
a.k.a. Miles Garey,
a.k.a. Milton Garey,
a.k.a. Eddie Garey,

Defendant-Appellant.

-------------------------------------------

On Appeal from the United States District Court
for the Middle District of Georgia

-------------------------------------------

(Opinion April 11, 2007, 483 F.3rd 1159, 11ᵗʰ Cir. 2007)

**(August 14, 2007)**

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.